IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE PAUL BURKETT,<br>Plaintiff, | CIVIL ACTION: 1:18-cv-02058 |
| v. | (Judge Jones)<br>(Magistrate Judge Saporito) |
| SGT. TRAVIS SHEAFFER,<br>et al.,<br>Defendants. | |

FILED
WILKES BARRE
JUN 26 2019
PER_____
DEPUTY CLERK

## ORDER

AND NOW, this 26th day of June, 2019, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 22), is DENIED WITHOUT PREJUDICE.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge